UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN
CONFERENCE OF TEAMSTERS
WELFARE FUND,

      Plaintiff,

v.

JAMES ALFORD and DAWN ALFORD,

      Defendants.
_____/

Case No. 20-cv-10459

Honorable Nancy G. Edmunds

**ORDER ON REQUEST FOR ALTERNATE SERVICE [6]**

Pending before the Court is Plaintiff's request for an order approving alternate service of process on Defendant James Alford. (ECF No. 6). To obtain permission for alternate service, Plaintiff must establish (1) that service cannot be made by the prescribed means, and (2) that the proposed alternate method is likely to give actual notice. *DaSilva v. Collins*, No. 13-11053, 2013 WL 2285527, at *1 (E.D. Mich. May 23, 2013) (citing *United States v. Szaflarski*, No. 11–10275, 2011 WL 2746138, at *1 (E.D.Mich. July 14, 2011) (Lawson, J.)). The first point must be established by sufficient facts. *Id.*

Plaintiff has not presented evidence in support of either element. Plaintiff provides no evidence establishing that service cannot be reasonably made on Defendant in accordance with Michigan law. Plaintiff also fails to demonstrate that the proposed methods of alternative service are likely to give Defendant actual notice. Accordingly, Plaintiff's request for alternative service is **DENIED** without prejudice.

1

**SO ORDERED.**

                                                s/Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

Dated: May 20, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2020, by electronic and/or ordinary mail.

                                                s/Lisa Bartlett
                                                Case Manager