UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR MICHIGAN
CONFERENCE OF TEAMSTERS
WELFARE FUND,

        Plaintiff,

v.

JAMES ALFORD and DAWN ALFORD,

        Defendants.
_____/

Case No: 20-10459

Honorable Nancy G. Edmunds
Magistrate Judge David R. Grand

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 14, 2025 REPORT AND RECOMMENDATION [51]**

      This is an ERISA action in which Plaintiff Michigan Conference of Teamsters Welfare Fund seeks recovery of the overpayment of health and welfare benefits under 29 U.S.C. § 1132 that it made to Defendant Dawn Alford ("Defendant"). (ECF No. 1.) Defendant never appeared in this action and a default judgment for $156,443.90 was entered against her on September 2, 2020. (ECF No. 18.) Plaintiff then filed a Request and Order to Seize Property (ECF No. 47), which would direct the U.S. Marshals Service to "[s]eize and sell, according to law, any of the personal property of [Defendant] . . . ," and a motion for this Court to issue an order allowing the United States Marshals Service to seize the property of Defendant to satisfy that judgment pursuant to Federal Rule of Civil Procedure 69 (ECF No. 49). That motion was referred to Magistrate Judge David R. Grand. (ECF No. 50.) Before the Court is the Magistrate Judge's report and recommendation to grant Plaintiff's motion for entry of an order to seize property. (ECF No. 51.)

1

No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nevertheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation (ECF No. 51). Accordingly, Plaintiff's motion for entry of an order permitting the U.S. Marshals Service to seize property of Defendant Dawn Alford to satisfy the judgement against her is GRANTED, and Plaintiff's Request and Order to Seize Property will be separately signed and docketed.

SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 26, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 26, 2025, by electronic and/or ordinary mail.

s/ Marlena Williams
Case Manager